UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY BROOKS, | No. 2:24-cv-2084 DC CSK P |
| Petitioner, | |
| v. | ORDER |
| GENA JONES, Warden, | |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 14, 2025, respondent filed a motion to dismiss. (ECF No. 11.)  Petitioner did not file an opposition to the motion.

    Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  L.R. 230(l).  Individuals proceeding pro se are bound by the Court's Local Rules the same as licensed attorneys.  See L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law.  All obligations placed on 'counsel' by these Rules apply to individuals appearing in propria persona.").

    In addition, Rule 41(b) of the Federal Rules of Civil Procedure provides:

    **Involuntary Dismissal; Effect**.  If the [petitioner] fails to prosecute

or to comply with these rules or a court order, a [respondent] may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, petitioner shall file an opposition, if any, to the motion to dismiss. Failure to file an opposition will be deemed as consent to have the: (a) action dismissed for lack of prosecution; and (b) action dismissed based on petitioner's failure to comply with these rules and a court order. Said failure shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 11, 2025

*[signature]*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/broo2084.nop.hc