UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LESTER BROOKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GENA JONES,<br><br>　　　　Respondent. | No. 2:24-cv-02084-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO DISMISS HABEAS PETITION<br><br>(Doc. Nos. 11, 15) |

　　　　Petitioner Roy Lester Brooks is a state prisoner proceeding *pro se* on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that Respondent's motion to dismiss Petitioner's federal habeas petition (Doc. No. 11) be granted and this action be dismissed because Petitioner failed to state a cognizable claim for federal habeas relief. (Doc. No. 15.) Specifically, the magistrate judge found Petitioner's petition "is premised exclusively on an issue of state law, namely, whether the trial court should exercise its discretion under California Penal Code [section] 1172.1" and Petitioner's attempt to portray his claim as a violation of his federal constitutional rights unavailing. (*Id.* at 3–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date, no

objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Having concluded that the pending petition must be dismissed, the court also declines to issue a certificate of appealability. A petitioner seeking a writ of habeas corpus has no absolute right to appeal; he may appeal only in limited circumstances. *See* 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003). If a court denies a petitioner's petition, the court may only issue a certificate of appealability when a petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Where, as here, the court denies habeas relief on procedural grounds without reaching the underlying constitutional claims, the court should issue a certificate of appealability "if jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In the present case, the court finds that reasonable jurists would not find the court's determination that the pending petition must be dismissed to be debatable or wrong. Thus, the court declines to issue a certificate of appealability.

Accordingly,

1. The findings and recommendations issued on April 24, 2025 (Doc. No. 15) are adopted in full;
2. Respondent's motion to dismiss (Doc. No. 11) is granted;
3. The petition for writ of habeas corpus (Doc. No. 1) is dismissed with prejudice;
4. The court declines to issue a certificate of appealability; and

/////

/////

/////

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**July 17, 2025**__   _____
Dena Coggins
United States District Judge

3